UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ISIDRO PEREZ-VEGA,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RAND BEERS, Acting Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　　　　　Respondents. | NO. C13-1660-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. 1), respondents' return memorandum and motion to dismiss (Dkt. 7), the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Respondents' motion to dismiss (Dkt. 7) is GRANTED and this matter is DISMISSED with prejudice.

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 26 day of February 2014.

　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1